Filing # 126229371 E-Filed 05/05/2021 02:45:05 PM

IN THE CIRCUIT COURT OF THE
NINTH JUDICIAL CIRCUIT IN AND FOR
ORANGE COUNTY, FLORIDA

CASE NO.: 2021-CA-4746

JUDY KING

    Plaintiff,

vs.

WAL-MART STORES EAST, LP,
a foreign corporation,

    Defendant.
_____/

## COMPLAINT

**COME NOW**, the Plaintiff, JUDY KING, by and through her undersigned attorney, and sues the Defendant, WAL-MART STORES EAST, LP, a foreign corporation, and alleges:

1. This is an action for damages in excess of Thirty Thousand Dollars ($30,000.00).

2. The Defendant, WAL-MART STORES EAST, LP, (hereinafter referred to as "Wal-Mart") is a foreign corporation authorized to conduct and transact business in the State of Florida, with its registered agent being: CT Corporation System, 1200 South Pine Island Road, Plantation, Florida 33324.

3. At all times material, Defendant, WAL-MART, owned, operated, maintained, controlled, and/or conducted business as Wal-Mart Store #3782 located at 5991 S. Goldenrod Rd., Orlando, Orange County, FL 32822 (hereinafter referred to as "premises," "property," and/or "store").

4. On or about July 3, 2019, the Plaintiff, JUDY KING, was a business invitee and patron at Wal-Mart Store #3782, around 5:30 P.M. when she went to drop off a disposal camera

film to be developed at the photo counter. In order to place the film in the drop off slot, Plaintiff, JUDY KING, reached and leaned on the counter. Once the film was placed in the slot, Plaintiff, JUDY KING, stepped back from the counter and as she was stepping back the entire counter became displaced, fell apart, struck her and knocked her to the floor.

5. As a result of the above-mentioned, Plaintiff, JUDY KING, suffered injuries.

### COUNT I – PREMISES LIABILITY

Plaintiff, JUDY KING, reiterates, realleges and adopts the foregoing paragraphs 1 through 5, and further alleges:

6. The improperly maintained counter created an unreasonably dangerous and hazardous condition, of which the Defendant, WAL-MART, had actual and/or constructive knowledge of said condition.

7. Defendant, WAL-MART, its agents, servants and/or employees were careless and negligent in the maintenance, operation, control and supervision of the premises. Defendant is vicariously liable for the negligent acts of their agents, servants and/or employees.

8. Defendant, WAL-MART, had a non-delegable duty to maintain its premises in a reasonably safe condition, they had a non-delegable duty to warn of the unreasonably dangerous condition, and/or they had a non-delegable duty to correct the unreasonably dangerous condition about which they knew or should have known through the exercise of ordinary care and to maintain and carry out a reasonably safe method of operation.

9. Plaintiff's fall occurred in an area where Defendant, WAL-MART, should have expected invitees, including Plaintiff, to be, and the character, location, and surrounding conditions and circumstances of the dangerous and hazardous counter were not readily apparent to the Plaintiff and were such that she would not have appreciated them.

10. Defendant, WAL-MART, negligently maintained the premises for one or more of the following acts or omissions:

   a) Failing to reasonably inspect the premises;

   b) Failing to maintain the premises in a reasonably safe condition;

   c) Failing to correct a dangerous condition about which Defendant knew or should have known;

   d) Failing to carry out a reasonably safe method of operation through safety protocols and/or training, cleaning and/or inspection tasks, and/or routine safety and/or cleaning sweeps;

   e) Failing to install, maintain, or announce warnings and/or safety signs necessary for the prevention of the injuries;

   f) Failing to comply with the applicable laws, building codes, rules, regulations and practices pertaining to safety and injury prevention;

   g) Failing to prevent foreseeable zones of risk of harm; and

   h) Other reasons to be determined through discovery.

11. As a direct and proximate result of the negligence of the Defendant, WAL-MART, the Plaintiff, JUDY KING, has suffered permanent bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, embarrassment, scarring, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care, loss of earnings, loss of the ability to earn money in the future, and the aggravation of a previously existing condition. These losses are either permanent or continuing within a reasonably degree of medical probability, and Plaintiff, JUDY KING, will continue to suffer these losses in the future.

**WHEREFORE**, the Plaintiff, JUDY KING, demands judgment against the Defendant, WAL-MART STORE EAST, LP, for damages and demands a trial by jury.

**DATED** this 5th day of May, 2021.

        WOOTEN, KIMBROUGH, DAMASO & DENNIS, P.A.
        P.O. Box 568188
        Orlando, Florida 32856-8188
        Ph: (407) 843-7060
        Fax: (407) 843-5836
        Attorney for Plaintiff

        By: /s/ Samuel S. Reda
            Samuel S. Reda
            Florida Bar No.: 0121650
            sreda@whkpa.com
            rpayne@whkpa.com
            Thomas L. Dennis
            FBN 55706
            tdennis@whkpa.com